UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

JUN 21 2021

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Sharon Katie Ortiz,

   Plaintiff(s),

  v.

FINANCE SYSTEMS OF RICHMOND,
INC.

   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Cause No. 1:21-cv-00433-TWP-MJD

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Avi R. Kaufman respectfully requests entry of an

Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the

Plaintiffs in the above-styled cause only.  In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an

attorney) in the following United States court(s) and/or state's highest court(s): State of Florida 2010;

Southern District Florida 2011; Middle District Florida 2012; Eleventh Circuit 2014; Northern District

Florida 2015; Eastern District Wisconsin 2018; Eastern District Michigan 2019; Northern District

Illinois 2019; District Colorado 2019; and Western District Arkansas 2020.

2. I have never been disbarred or suspended from practice before any court, department, bureau

or commission of any state or the United States. I have never received a reprimand or been subject to

other disciplinary action from any such court, department, bureau or commission pertaining to conduct

or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the

Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these

rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: June 4, 2021                    Respectfully submitted,

Avi R. Kaufman
400 NW 26th St.
Miami, FL 33127
305-469-5881
Avi@KaufmanPA.com

## CERTIFICATE OF SERVICE

I certify that on the 4th day of June, 2021 a copy of the foregoing Motion to Appear *Pro Hac Vice* was served by the Court's CM/ECF e-filing system and by email to:

Nicholas W. Levi
Jackson L. Schroeder

Avi R. Kaufman

Kaufman P.A.
Avi R. Kaufman
400 NW 26th St.
Miami, FL 33127
305-469-5881
Avi@KaufmanPA.com