UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARON KATIE ORTIZ, individually and on behalf of all others similarly situated )<br><br>Plaintiff<br><br>vs.<br><br>FINANCE SYSTEMS OF RICHMOND INC., an Indiana corporation<br><br>Defendant | )<br>)<br>)<br>) CASE NO. 1:21-cv-00433-TWP-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Plaintiff Sharon Katie Ortiz and Defendant Finance Systems of Richmond Inc. hereby stipulate to the dismissal of this action with prejudice as to the Plaintiff's individual claims, with each party to bear its own attorneys' fees and costs. None of the rights of any putative class members, other than the plaintiff, has been released or are otherwise affected by this dismissal.

Dated: December 8, 2021
                                                            Respectfully submitted,

                                                            */s/ Avi R. Kaufman*
                                                             KAUFMAN P.A.
                                                             Avi R. Kaufman
                                                             kaufman@kaufmanpa.com
                                                             400 NW 26th Street
                                                             Miami, FL 33127
                                                             Telephone: 305.469.5881

Law Office of Steven Lovern
8206 Rockville Rd., # 115
Indianapolis, IN 46214
lovernlaw@aol.com
Telephone: (317) 432-0726

Attorneys for Plaintiff

*/s/ Nicholas W. Levi*
Nicholas W. Levi (#24278-53)
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN  46204
Telephone:  317-638-4521
Email:  nlevi@k-glaw.com

Attorneys for Defendant