UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
December 9, 2021

| | |
|---|---|
| SHARON KATIE ORTIZ, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff | ) CASE NO. 1:21-cv-00433-TWP-MJD ) |
| vs. | ) ) |
| FINANCE SYSTEMS OF RICHMOND INC., an Indiana corporation | ) ) ) |
| Defendant | ) ) |

**STIPULATION OF DISMISSAL**

Plaintiff Sharon Katie Ortiz and Defendant Finance Systems of Richmond Inc. hereby stipulate to the dismissal of this action with prejudice as to the Plaintiff's individual claims, with each party to bear its own attorneys' fees and costs. None of the rights of any putative class members, other than the plaintiff, has been released or are otherwise affected by this dismissal.

Dated: December 8, 2021

Respectfully submitted,

*/s/ Avi R. Kaufman*
KAUFMAN P.A.
Avi R. Kaufman
kaufman@kaufmanpa.com
400 NW 26th Street
Miami, FL 33127
Telephone: 305.469.5881

Law Office of Steven Lovern
8206 Rockville Rd., # 115
Indianapolis, IN 46214
lovernlaw@aol.com
Telephone: (317) 432-0726

Attorneys for Plaintiff

*/s/ Nicholas W. Levi*
Nicholas W. Levi (#24278-53)
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN  46204
Telephone:  317-638-4521
Email:  nlevi@k-glaw.com

Attorneys for Defendant

2